## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Lynne Miller, wife, Robert
Miller, husband,

        Plaintiffs,                            Civil 04-3166 (RHK/AJB)

vs.                                            **DISQUALIFICATION AND**
                                                **ORDER FOR REASSIGNMENT**

Wyeth, d/b/a Wyeth Pharmaceuticals,

        Defendant.


      The above-entitled matter has been assigned to the undersigned, a Judge of the above Court.  Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter.  Accordingly,

      **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 1, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.  The Clerk of Court shall not replace a card in the Master Deck for the undersigned.

      **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated:  April 16, 2010

                                                  s/Richard H. Kyle
                                                  RICHARD H. KYLE
                                                  United States District Judge